IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02340-PSF-BNB

CARROLL MICHAELS,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Utah corporation,

    Defendant.

---

## ORDER GRANTING MOTION FOR LEAVE TO RESPOND
---

    Plaintiff's Motion to Strike and Alternative Motion for Leave to Respond (Dkt. # 20) is GRANTED IN PART. Plaintiff shall have 10 days from the date of this Order, or until March 8, 2007, within which to respond to new evidence and argument filed by the defendant on February 5, 2007.

    DATED:  February 26, 2007

    BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge