IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No. 06-cv-02340-PSF-BNB          Date: June 8, 2007
Courtroom Deputy: Geneva D. Mattei            FTR BNB COURTROOM A401

CARROLL MICHAELS,                             Thomas Geng by telephone

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,               Alice Marie de Stigter
a Utah corporation

    Defendant.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     8:30 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Defendant's motion to compel independent medical evaluation(5/3/07 #38) is Granted.**

Court in Recess     8:38 a.m.     Hearing concluded.

Total time in court:     00:08