IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02340-PSF-BNB

CARROLL MICHAELS,

Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Defendant's Motion to Compel Independent Medical Evaluation** [Doc. # 38, filed 5/3/2007] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The plaintiff shall appear for an independent medical examination before Dr. Stanley J. Bigos at a date, time, and place as the parties may agree, but not later than **June 29, 2007**.

IT IS FURTHER ORDERED that the defendant shall provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) concerning Dr. Bigos' opinions on or before **July13, 2007**.

IT IS FURTHER ORDERED that the discovery cut-off is extended to and including **July 31, 2007**, solely to allow the plaintiff to depose Dr. Bigos.

Dated June 8, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge