IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02340-PSF-BNB

CARROLL MICHAELS,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Utah corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 49). The Court having considered the stipulation for dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs.

DATED: October 9, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
U.S. District Court Judge